**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

▸▸ **Salans FMC SNR Denton McKenna Long**
dentons.com

February 17, 2021

<u>**VIA ECF**</u>

The Honorable Ronnie Abrams
Southern District of New York
United States Courthouse, Thurgood Marshall
40 Foley Square
New York, NY 10007

Re:   *Romero v. Jio, Inc.*: Case No. 20-cv-08140-RA

Dear Judge Abrams:

We represent defendant Jio, Inc. ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five days (45), from February 18, 2021 to April 5, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

                                       Respectfully submitted,

                                       */s/ Timothy J. Straub*
                                       Timothy J. Straub

cc:   All counsel of record (by ECF)

Application granted. The parties shall file either a status update or a stipulation of voluntary dismissal on or before April 5, 2021.

SO ORDERED.

Hon. Ronnie Abrams
02/18/2021

116664995