UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

JIO, INC.

        Defendant.

Case No.: 1:20-cv-08140-RA

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
        March 18, 2021

Respectfully submitted,

*/s/ Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

SO ORDERED.

Hon. Ronnie Abrams
03/19/2021